IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-185 (RMC) |
| | : | |
| SEAN GARLAND, | : | |
| CHRISTOPHER JOHN CORCORAN, | : | |
| DAVID LEVIN, | : | |
| TERENCE SILCOCK, | : | |
| HUGH TODD, | : | |
| ALAN JONES, and | : | |
| MARK ADDERLEY, | : | |
| | : | |
| Defendants. | : | |

**FINDINGS OF FACT AND ORDER**

The Court having reviewed the government's Motion for a Deposition [of Mark Adderley] Pursuant to Federal Rule of Criminal Procedure 15, and the *ex parte* memorandum filed under seal in support thereof, and good cause appearing therefor, the Court

**FINDS** that it is in the interests of justice that a deposition be conducted of Mark Adderley pursuant to Federal Rule of Criminal Procedure 15, and accordingly

**ORDERS** that the government may conduct a deposition of Mark Adderley in Courtroom __2__ of the United States Courthouse, 3rd Street and Constitution Avenue, N.W., in the District of Columbia, on November 20, 2007, at 1:30 pm EST, and

**FURTHER ORDERS** that the government (1) notify the deponent's codefendants, who remain at large outside the United States, of this Order, (2) pay the reasonable travel expenses of those codefendants, and their counsel admitted to federal practice in the United States, to attend

the deposition, and (3) enable the codefendants to come to the United States for that purpose without arrest on the charges in this case.

**SO ORDERED**, this _16_ day of October, 2007.

_____
ROSEMARY M. COLLYER
United States District Judge


Serve: Laura A. Ingersoll, AUSA
Brenda J. Johnson, AUSA
National Security Section – 11th floor
United States Attorney's Office

Danny Onorato, Esq.
Counsel for Mark Adderley

A.J. Kramer, Esq.
Federal Public Defender
Counsel for Terence Silcock